# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In the Matter of:                                     Chapter 7 Case

Jamie Kuchar,                                      Case No. 07-02509

      Debtor.
_____/

## WITHDRAWAL OF LEE COUNTY
## TAX COLLECTOR'S SECURED CLAIM

      COMES NOW the LEE COUNTY TAX COLLECTOR, by undersigned designee, and withdraws her secured claim number 1 filed herein for the reason that this claim has been paid.

### CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served by electronic notice, if registered in the Electronic Case Filing System; otherwise by U. S. mail, postage prepaid, this 30th day of October, 2008 to: Albert Blankenship, Jr., 2912 Tucson Blvd., Tucson, ZA 85716 and to Stanley J. Kartchner, 7090 N. Oracle Road, #178-204, Tucson, AZ 85704

                                                   /s/Toni McNaughton
                                                   Toni McNaughton
                                                   Legal Specialist for the
                                                   LEE COUNTY TAX COLLECTOR
                                                   Post Office Box 850
                                                   Fort Myers, FL 33902-0280
                                                   239-533-6067