**ORDERED.**

Stanley J. Kartchner, Trustee
7090 N. Oracle Rd., Ste 178-294
Tucson, AZ 85718
(520)742-1210

**Dated: October 06, 2009**



_____
**EILEEN W. HOLLOWELL**
**U.S. Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| JAMIE KUCHAR | ) | CASE NO. 07-02509-EWH |
| | ) | |
| Debtor(s). | ) | **ORDER FOR PAYMENT OF** |
| | ) | **UNCLAIMED FUNDS TO THE U.S.** |
| | ) | **BANKRUPTCY COURT** |
| | ) | |
| | ) | |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that pursuant to 347(a) of the Bankruptcy Code the Trustee pay over the amount of $1,517 to the Clerk of the Court to be deposited in the Registry thereof.

_____    _____
Date                                              UNITED STATES BANKRUPTCY JUDGE